Sean M. Carroll (#027171)
Daniel P. Thiel (#035831)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:   scarroll@clarkhill.com
            dthiel@clarkhill.com

*Attorneys for Defendant Travelers Personal Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Theresa Smith, | Case No. |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| Travelers Personal Insurance Company, a Connecticut Corporation; and XYZ I-III; ABC Partnerships I-III; John and Jane Does I-III, | Diversity of Citizenship 28 U.S.C. §§ 1332, 1441 & 1446 |
| | Removed from the Maricopa County Superior Court Case No. CV2023-093248 |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Travelers Personal Insurance Company ("Defendant"), through counsel, hereby removes this action from the Maricopa County Superior Court to the United States District Court for the District of Arizona on the following grounds:

1. Plaintiff Theresa Smith ("Plaintiff") originally commenced this action against Defendant, on or about July 12, 2023, by filing a Summons, Complaint and Certificate of Compulsory Arbitration in the Maricopa County Superior Court, Case No.

1. CV2023-093248 (the "State Court Action"). A true and accurate copy of the Summons, Complaint, and Certificate of Compulsory Arbitration are attached hereto as **Exhibit 1**.

2. On or about August 15, 2023, via formal service of process upon the Arizona Department of Insurance, Defendant was served with the Summons, Complaint and Certificate of Compulsory Arbitration. The Affidavit of Service is attached hereto as **Exhibit 2**.

3. The State Court Action record is attached hereto as **Exhibits 1-2**.

4. A true and accurate copy of the most recent state court docket is attached hereto as **Exhibit 3.**

5. The State Court Action involves allegations of breach of contract and first party bad faith relating to Plaintiff's alleged home insurance policy. While Defendant disputes Plaintiff's allegations against it, the Complaint alleges that Plaintiff is entitled to receive unspecified general damages, special damages, punitive damages, pre- and post-judgment interest, and attorneys' fees and costs.  *See* **Exhibit 1**, Complaint at 8, "Prayer for Relief".

6. According to the Complaint, Plaintiff is a resident of the State of Arizona and owns property in the State of Arizona. *See* **Exhibit 1**, Complaint, ¶¶ 1-2. Plaintiff is and was a citizen of the State of Arizona for purposes of this Court's jurisdiction.

7. Defendant is an insurance company organized and existing under the laws of the State of Connecticut with its principal place of business in the State of Connecticut. Defendant is a citizen of Connecticut for purposes of this Court's jurisdiction.

8. While the Complaint names as defendants certain other parties under fictitious names, "[i]n determining whether a civil action is removable on the basis of the jurisdiction under [28 U.S.C. § 1332(a)] the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

9. Given that Plaintiff is a citizen of Arizona and Defendant is a citizen of Connecticut, there is complete diversity of citizenship between the parties.

10. Additionally, Plaintiff designated this action as "a Tier 2 matter under Rule 26.2 of the Arizona Rules of Civil Procedure." *See* **Exhibit 1**, Complaint, ¶ 7. A Tier 2 discovery designation is limited to actions seeking more than $50,000 but less than $300,000 in damages. *See* Ariz.R.Civ.P. 26.2(c)(3)(B).

11. The Complaint alleges that Plaintiff's damages exceed $106,000. *See* **Exhibit 1**, Complaint, ¶ 14.

12. Removal is proper because this Court has original jurisdiction, as the amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and there is complete diversity of citizenship between the parties. *See* 28 U.S.C. § 1332(a).

13. The State Court Action may be removed to this Court, pursuant to 28 U.S.C. §1441(a), because it is the District located in Maricopa County, Arizona, in which this action was pending before removal.

14. This Notice of Removal is timely filed because it was filed within thirty (30) days after receipt by Defendant, through formal service of process, of the Summons, Complaint and Certificate of Compulsory Arbitration of Plaintiff. *See* 28 U.S.C. § 1446(b).

15. Pursuant to LRCiv 3.6(a), a Civil Cover Sheet is attached hereto.

16. Pursuant to LRCiv 3.6(a) and (b), a Supplemental Civil Cover Sheet is attached hereto.

17. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal will be filed with the Clerk for the Superior Court of the State of Arizona, County of Maricopa, and will also be served upon Plaintiff. A copy of the written Notice of Filing of Notice of Removal that is concurrently being filed and served is attached hereto as **Exhibit 4**.

18. Defendant reserves the right to amend and/or supplement this Notice of Removal.

1   WHEREFORE, Defendant respectfully requests that this action be removed and
2   that this Court assume full jurisdiction over this case as provided by law.
3   DATED this 1st day of September, 2023.

**CLARK HILL PLC**

By: *s/ Sean M. Carroll*
        Sean M. Carroll
        Daniel P. Thiel
        *Attorneys for Defendant Travelers*
        *Personal Insurance Company*

**VERIFICATION OF SEAN M. CARROLL**

I, Sean M. Carroll, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and a member with the law firm of Clark Hill PLC, the counsel of record for Defendant Travelers Personal Insurance Company.

2. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to LRCiv 3.6 and Fed. R. Civ. P. 11.

3. I hereby verify that attached to this Notice of Removal are the true and correct copies of all pleadings and other documents filed in the State Court Action.

I verify that the foregoing is true and correct.

**CLARK HILL PLC**

By: *s/ Sean M. Carroll*
     Sean M. Carroll

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court this 1st day of September, 2023, via the CM/ECF system and also served the foregoing by regular mail and email to:

Ryan P. Sandstrom
**COPPER CANYON LAW, LLC**
43 E. 1st Avenue
Mesa, Arizona 85210
ryan@coppercanyonlaw.com
*Attorneys for Plaintiff*

  *s/ Kathy Lesage*