Ryan P. Sandstrom/Bar No. 029862
**COPPER CANYON LAW, LLC**
43 E. 1st Avenue
Mesa, AZ 85210

Phone: 480.833.3838
Fax: 480.503.8112
E-Mail: ryan@coppercanyonlaw.com

Attorneys for Plaintiff Theresa Smith

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Smith,<br><br>          Plaintiff,<br><br>v.<br><br>Travelers Personal Insurance Company, et al.<br><br>          Defendant. | Case No.:  2:23-cv-01846-PHX-DWL<br><br>**NOTICE OF SERVICE OF ORDER [DKT 6]**<br><br>*(Assigned to Honorable Dominic W. Lanza)* |

Counsel for Plaintiff Theresa Smith hereby provides notice that he served the Court's Order (Dkt 6) by e-mail on Sean M. Carroll and Daniel Thiel, counsel for Defendant Travelers Personal Insurance Company.

DATED this 27th day of September, 2023.

**COPPER CANYON LAW, LLC**

By  /s/ Ryan P. Sandstrom
    Ryan P. Sandstrom
    43 E. 1st Avenue
    Mesa, Arizona 85210
    *Attorneys for Plaintiff Theresa Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to the following CM/ECF registrants:

Sean M. Carroll
Daniel Thiel
**CLARK HILL**
14850 N. Scottsdale Rd., Ste. 500
Scottsdale, AZ 85254
scarroll@clarkhill.com
dthiel@clarkhill.com
*Attorneys for Defendant Travelers Personal Insurance Company*

By: */s/ Katie Martin*