Sean M. Carroll (#027171)
Daniel P. Thiel (#035831)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:   scarroll@clarkhill.com
         dthiel@clarkhill.com

*Attorneys for Defendant Travelers Personal Insurance Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Smith,<br><br>                     Plaintiff,<br><br>vs.<br><br>Travelers Personal Insurance Company, a Connecticut Corporation; and XYZ I-III; ABC Partnerships I-III; John and Jane Does I-III,<br><br>                     Defendants. | Case No.: CV-23-01846-PHX-DWL<br><br>**STIPULATION TO DISMISS ACTION IN ENTIRETY WITH PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Theresa Smith ("Plaintiff"), together with Defendant Travelers Personal Insurance Company ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties"), hereby stipulate and agree to dismiss the above-captioned case in its entirety, with prejudice, with each of the Parties bearing its own fees and costs, including, but not limited to, attorneys' fees. Accordingly, the Parties respectfully request the Court enter the proposed order of dismissal filed concurrently herewith.

///

DATED this 5th day of April, 2024.

**CLARK HILL PLC**

By:  *s/ Sean M. Carroll*
        Sean M. Carroll
        Daniel P. Thiel
        *Attorneys for Defendant Travelers*
        *Personal Insurance Company*

**COPPER CANYON LAW, LLC**

By   *s/ Ryan P. Sandstorm* (*with permission*)
        Ryan P. Sandstrom
        43 E. 1st Avenue
        Mesa, Arizona 85210
        *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the individuals registered with CM/ECF.


_s/ Alicyn Rensmeyer_

3

472639\276594866.v1